Entered on Docket June 9, 2023

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> NATOSHA CHERISE EDMONDS, <br><br> Debtor. | Bankruptcy No. 22-11414-TWD |
| BUTLER'S LAKE CITY AUTO REBUILD INC., dba Haury's Lake City Collision, <br><br> Plaintiff, <br><br> v. <br><br> NATOSHA EDMONDS, <br><br> Defendant. | Adversary No. 22-01050-TWD <br><br> **ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on the Plaintiff's motion for summary judgment [Docket No. 12] ("Motion"). The Court has reviewed and considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in this adversary proceeding, and the

ORDER PARTIALLY GRANTING AND PARTIALLY DENYING
MOTION FOR SUMMARY JUDGMENT - 1

oral argument on June 9, 2023. Specifically, the Court considered the pleadings, submissions and evidence appearing at Docket Nos. 1, 4, 12, 16, and 17. The Court stated its reasons for partially granting and partially denying the Motion on the record at the conclusion of the hearing on the Motion as contemplated by Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56(a).

Now, therefore, it is hereby ORDERED that:

1. The Motion is granted as follows:

    a. The Defendant's obligations under the January 4, 2022 default judgment in King County Superior Court Case No. 21-2-08294-3 SEA to: (i) remove the YELP review, and (ii) refrain from writing any further false or defamatory online comments regarding the Plaintiff are not discharged and remain enforceable ("Surviving Obligations").

    b. The Plaintiff may return to the Superior Court to enforce the Surviving Obligations.

2. The balance of the Motion is denied.

/ / / End of Order / / /