UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re NATOSHA EDMONDS        Cause No. 22-11414-TWD
      Debtor             )    Chapter 7
                                )
BUTLER'S LAKE CITY AUTO REBUILD      )
INC DBA HAURY'S LAKE CITY COLLISION    )
      Plaintiff            )
                                )
       v.               ) Adv.   Proc. No.   22-01050-TWD
                                )
NATOSHA EDMONDS              )
      Defendant         )

## I.  <u>STIPULATION</u>

The parties have agreed to dismiss the remaining claims in the above titled matter on approval by

this Court without costs to either party.

## II.   <u>ORDER</u>

The remaining claims in the case are dismissed with prejudice.  The trial date shall be stricken.

This Order is entered without costs to either party.

**DONE IN OPEN COURT** _____.


_____
Hon Timothy Dore


Stipulated by:


/s/ _Justin B. Morgan_
**Justin B. Morgan**, WSBA #45372
Attorney for Plaintiff

/s/ _Alyssa P. Au_
**Alyssa Au,** WSBA# 52594
Attorney for Defendant


Date:  June 12, 2023